## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 98,120.89 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 1,200.00 |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 05-33353 BB
**Case Name:** DUKE, DANIEL BENSON
**Period Ending:** 10/15/07

**Trustee:** (330480)   DEBORAH K. EBNER
**Filed (f) or Converted (c):** 08/23/05 (f)
**§341(a) Meeting Date:** 09/27/05
**Claims Bar Date:** 01/12/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property<br>90 County Rd. 514 Verbena, AL. | 93,000.00 | 93,000.00 | | 82,517.62 | 0.00 |
| 2 | Automobile | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 120.89 | Unknown |
| 3 | **Assets   Totals (Excluding unknown values)** | **$94,000.00** | **$93,000.00** | | **$82,638.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Debtor filed Pro-Se. Trustee successfully objected to claims of exemption on Alabama Real Estate, retained counsel & investigated mortgage perfection. Complaint to determine extent & validity of mortgage being prepared. Mortgage held to be invalid. First real estate parcel sold and second parcel is being marketed.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010       **Current Projected Date Of Final Report (TFR):** December 31, 2010