**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DANIEL BENSON DUKE, | ) | CASE NO. 05-33353 BWB |
| | ) | |
| Debtor | ) | JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor, Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's
Final Report and final applications for compensation.  A hearing will be held.

> At:     Will County Court Annex
>         57 N. Ottawa St., Room 201
>         Joliet, Illinois 60432
>
> on:     **January 11, 2008**
> at:     **9:15 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on
applications for compensation and expenses and any objections to the pending applications and
transacting such other business as may be properly notices before the Court.  ATTENDANCE
BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $ 98,120.89 |
| b. Disbursements | $ 33,735.68 |
| c. Net Cash Available for Distribution | $ 64,385.21 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation/ Expenses Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|
| All-Bright Carpet & Up. Cleaning, *All Other Expenses* | $ 200.00 | $ | | $ | 0.00 |
| Kevin George*, All Other Expenses* | $ 275.00 | $ | | $ | 0.00 |
| Sugar, Friedberg, Felsenthal, *Trustee's Special Counsel* | $ 15,019.23 | $ | 2,054.40 | $ | 0.00 |
| US Bankruptcy Court, *Filing Fee* | $ 126.00 | $ | | $ | 173.00 |
| Illinois Department of Revenue, *Other Taxes* | $ 174.00 | $ | | $ | 0.00 |
| Popowcer Katten, Ltd. *Trustee's Accountant* | $ 0.00 | $ | 2,429.00 | $ | |
| Honey Do's Home Repair, *All Other Expenses* | $ 2,385.00 | $ | | $ | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Patty Bigham, *All Other Expenses* | $ | 69.27 | $ | | $ 0.00 |
| Deborah K. Ebner, Trustee | $ | 0.00 | $ | 8,156.04 | $ |
| Law Office of Deborah K. Ebner, *Trustee's General Counsel* | $ | 0.00 | $ | 17,811.00 | $ 217.71 |

5.     In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.     Claims of general unsecured creditors totaling $8,051.36, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $100.00% to timely filed claims and 33.89% to tardily filed claims.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | Chevron Credit Bank NA | $ | 458.41 | $ 458.41 |
| 2 | Citibank USA NA | $ | 664.27 | $ 664.27 |
| 3 | Alabama Power Company | $ | 112.10 | $ 112.10 |
| 4 | Franchise Tax Board | $ | 536.85 | $ 536.85 |
| 5 | Citibank (South Dakota) NA | $ | 3,267.87 | $ 3,267.87 |
| 6 | Citibank (South Dakota) NA | $ | 3,011.86 | $ 3,011.86 |
| 7 | HomEq Servicing | $ | 75,017.54 | $ 25,492.70 |

7.     Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois   60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.     Debtor has been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:

Dated:     **December 5, 2007**                    For the Court,


By:     **KENNETH S. GARDNER**
                    Kenneth S. Gardner
                    Clerk of the United States Bankruptcy Court
                    219 S. Dearborn Street, 7th Floor

Chicago, IL  60604

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1          Date Rcvd: Dec 05, 2007
Case: 05-33353                Form ID: pdf002          Total Served: 32
```

The following entities were served by first class mail on Dec 07, 2007.
```
db          +Daniel Benson Duke,    c/o J Valone 7801 Bruns Road,    Monee, IL 60449-9401
aty         +Andrew J Abrams,    Sugar, Friedberg & Felsenthal LLP,    30 N LaSalle Street,    Suite 3000,
              Chicago, IL 60602-3327
aty         +Connie J Lambert,    Law Office of Deborah K. Ebner,    11 East Adams St. - Suite 800,
              Chicago, IL 60603-6324
aty         +Paula K. Jacobi,    Sugar, Friedberg & Felsenthal, LLP,    30 North LaSalle Street,    Suite 3000,
              Chicago, IL 60602-3327
tr          +Deborah Kanner Ebner,    11 E Adams St,    Suite 800,    Chicago, IL 60603-6324
9719475     +Academu Collection Ser Inc,    10965 Decatur Road,    Philadelphia PA 19154-3294
10546529    +Alabama Power Company,    POB 12465,    Birmingham, AL 35202-2465
9719476      Bank of America,    PO Box 5270,    Carol Stream IL  60197-5270
9719479      CBE Group Inc,    Payment Processing Center,    Box 3136,    Milwaukee WI  53201-3136
9719480     +CBSI,    550 Greensboro Ave,    Tuscaloosa AL 35401-1547
             Capital One Gold MC,    Capital One Services,    PO BOx 60000,    Seattle WA 98190-6000
9719478      Capital One Visa,    PO Box 6000,    Seattle WA  98190-6000
10465809    +Chevron Credit Bank NA,    2001 Diamond Blvd,    POB 5010 Sect 230,    Concord, CA 94524-0010
9719481     +Chevron Credit Bank NA,    PO Box 5010,    Concord CA 94524-0010
9719482      Citi Advantage World MC,    Citi Cards,    PO Box 6413,    The Lakes NV  88901-6413
10551410    +Citibank (South Dakota) NA,    Citibank/Choice,    Exception Payment Processing,    P O Box 6305,
              The Lakes, NV 88901-6305
10500672    +Citibank USA NA,    DBA: RadioShack,    POB 9025,    Des Moines, IA 50368-9025
9719483      Citicorp Master Card,    Citi Cards,    PO Box 6413,    The Lakes NV  88901-6413
9719484      Collection Company Of America,    PO Box 372480,    Denver CO  80237-6480
9719485      Computer Collection Inc,    640 West Fourth St,    PO Box 5238,    Winston-Salem NC  27113-5238
9719486      ER Solutions Inc,    PO Box 9007,    Renton WA  98057-9007
10549199    +Franchise Tax Board,    Special Procedures,    POB 2952,    Sacramento, CA 95812-2952
9719487     +GC Services Ltd Partnership,    Collection Agency Division,    PO Box 7850 (078),
              Baldwin Park CA 91706-7850
10599651    +HomEq Servicing,    c/o Codilis and Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
              Burr Ridge, IL 60527-6921
9719488     +Legal Recovery Law Offices,    Lrl,    PO Box 84060,    Sandiego CA 92138-4060
9719489     +Medtronic,    13707 Collection Center Drive,    Chicago IL 60693-0137
9719490      National Financial Systems Inc,    600 W John St,    PO Box 9041,    Hicksville NY  11802-9041
9719660      Providian,    PO Box 660548,    Dallas TX  75266-0548
9719661      Radio Shack Credit Plan,    Processing Center,    Desmoines IA  50364-0001
9719474      State of California Franchise Tax Board,    PO Box 1237,    Rancho Cordova CA,    95741-1237
9719662      United Recovery Systems LP,    PO Box 722929,    Houston TX  77272-2929
9719663      Wells Fargo Bank NA,    PO Box 6995,    Portland OR  97228-6995
```
The following entities were served by electronic transmission.
```
NONE.                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2007                        Signature:    *Joseph Speetjens*