IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
DUKE, DANIEL BENSON

Debtor(s)

| CHAPTER 7 CASE

| CASE NO. 05-33353 BB

| HONORABLE  BRUCE BLACK

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE  BRUCE BLACK,
      BANKRUPTCY JUDGE


Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses attached as Exhibit "A" and the Trustee's Distribution Report and Amended Distribution Report, copies of which are attached as Exhibit "B".

All checks have been negotiated or otherwise turned over to the Clerk of the Court. The Final Form II is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


8/28/08
DATE

DEBORAH KANNER EBNER, TRUSTEE

**Exhibit A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: DANIEL BENSON DUKE | ) | CASE NO. 05 B 33353 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTOR | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| | ) | |

## ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period September 21, 2007 through October 17, 2007 in the amount of $2,429.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

BY THE COURT:

1 1 JAN 2008

U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                                    )        **CHAPTER 7 CASE**
                                          )
DANIEL B. DUKE,                           )        **CASE NO. 05-33353 BWB**
                                          )
                    Debtor                )        **JUDGE  BRUCE W. BLACK**
                                          )

### Order Awarding Trustee Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Deborah K. Ebner, Trustee is allowed compensation as follows:

| | | |
|---|---|---|
| 1.  Compensation | $8,156.04 |
| | |
| TOTAL | $8,156.04 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ___11th___ day of ___January, 2001___

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DANIEL B. DUKE, | ) | CASE NO. 05-33353 BWB |
| | ) | |
| Debtor. | ) | JUDGE BRUCE W. BLACK |

### Order Awarding Compensation And Expenses to Trustee's Attorneys

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from the Law Office of Deborah K. Ebner, Attorneys for Trustee, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that the Law Office of Deborah K. Ebner is awarded compensation and expense reimbursement as follows:

1. Compensation       ~~$17,811.00~~ $16,692.50
2. Expenses            $   217.71

TOTAL       $ 16,910.21

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court; and

DATED this _____14 th_____ day of _____JANUARY_____, 2008

ENTERED: _____Bruce W. Black_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF )
) Chapter 7
DANIEL BENSON DUKE, an individual, )
) No. 05 B 33353
) Hon. Bruce W. Black (Joliet)
Debtor. ) _____, 2007 at 9:15 a.m.
)

ORDER GRANTING SECOND INTERIM AND FINAL FEE APPLICATION OF SUGAR,
FRIEDBERG & FELSENTHAL LLP FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR AUGUST 23, 2005 TO NOVEMBER 5, 2007 RELATING TO
REPRESENTATION OF THE TRUSTEE;
AND TO DEEM NOTICE THEREOF SUFFICIENT

THIS MATTER COMING TO BE HEARD on the Second Interim and Final Fee Application of Sugar, Friedberg & Felsenthal LLP ("SFF") for Compensation and Reimbursement of Expenses for August 23, 2005 to November 5, 2007 Relating to Representation of the Trustee and to Deem Notice Thereof Sufficient (the "Application"); due notice having been given to all entitled thereto; and this Court being fully advised in the premises;

IT IS HEREBY ORDERED that:

(A) ~~SFF is allowed to recover an additional $1,517.40 for SFF's legal services from August 23, 2005 through September 14, 2007.~~ *$ 975.00*

(B) SFF is allowed to recover ~~$535.00~~ for SFF's legal services from September 15, 2007 through November 5, 2007.

(C) The $13,674.60 in fees and $1,344.63 in costs reimbursements awarded to SFF for the period of August 23, 2005 to September 14, 2007 by prior Order, together with the fees ~~and costs~~ awarded in paragraphs ~~(A) and~~ (B) above, are awarded as final fees and costs for the pre-conversion period of these cases.

(D) ~~Accordingly, final fees awarded to SFF for its services as counsel to the Trustee in this case total $15,729, and final cost reimbursement awarded to SFF for costs incurred on behalf of the Trustee totals $1,344.63.~~

(E) Notice of the Application is deemed sufficient and that any further notice is waived.

DATED: January 14, 2008            ENTER:

_Bruce W. Black_
Bankruptcy Judge

122116-1

**Exhibit B**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DANIEL BENSON DUKE, | ) | CASE NO. 05-33353 BWB (Joliet) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

## DISTRIBUTION REPORT

    I, <u>DEBORAH K. EBNER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 27,943.25 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 8,051.36 |
| Tardily-Filed Unsecured Claims: | $ | 28,503.80 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ | 64,498.41 |

**DISTRIBUTION REPORT**                                          **PAGE 2**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Secured Claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $46,191.75 | 100.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | All-Bright Carpet & Upholstery Cleaning, *Other Administrative Claims* | 200.00 | 0.00 |
| | Kevin George, *Other Administrative Claims* | 275.00 | 0.00 |
| | Sugar Friedberg & Felsenthal, *Trustee's Special Counsel Fees (Other Firm)* | 13,949.60 | 275.00 |
| | Sugar Friedberg & Felsenthal, *Trustee's Special Counsel Expenses (Other Firm)* | 1,344.63 | 0.00 |
| | Clerk of the US Bankruptcy Court | 299.00 | 173.00 |
| | Illinois Department of Revenue | 174.00 | 0.00 |
| WEST | Lois West, *Trustee's Accountant Fees (Other Firm)* | 2,429.00 | 2,429.00 |
| ADMIN | Honey Do's Home Repair, *Other Administrative Claims* | 2,385.00 | 0.00 |
| ADMIN2 | Patty Bigham, *Other Administrative Claims* | 69.27 | 0.00 |
| TRUSTEE | Deborah K. Ebner, *Trustee's Fees* | 8,156.04 | 8,156.04 |
| EBNEREXP | Deborah K. Ebner, *Trustee's Attorneys Expenses (Trustee Firm)* | 217.71 | 217.71 |
| EBNERLAW | Deborah K. Ebner, *Trustee's Attorneys Fees (Trustee Firm)* | 16,692.50 | 16,692.50 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

DISTRIBUTION REPORT

| | | | |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **4.** | **TYPE OF CLAIMS** | | |
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **5.** | **TYPE OF CLAIMS** | | |
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **6.** | **TYPE OF CLAIMS** | | |
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **7.** | **TYPE OF CLAIMS** | | |
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

**DISTRIBUTION REPORT**                                    PAGE 4

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 8. | TYPE OF CLAIMS | | |
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 9. | TYPE OF CLAIMS | | |
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 10. | TYPE OF CLAIMS | | |
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 11. | TYPE OF CLAIMS | | |
| §507(a)(8) - Tax claims excluding fines and penalties | | $0.00 | 0.00% |

**DISTRIBUTION REPORT**                                                         **PAGE 5**

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $8,051.36 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Chevron Credit Bank NA | 458.41 | 458.41 |
| 2 | Citibank USA NA | 664.27 | 664.27 |
| 3 | Alabama Power Company | 112.10 | 112.10 |
| 4 | Franchise Tax Board | 536.85 | 536.85 |
| 5 | Citibank (South Dakota) NA | 3,267.87 | 3,267.87 |
| 6 | Citibank (South Dakota) NA | 3,011.86 | 3,011.86 |

| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

DISTRIBUTION REPORT

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $75,017.54 | 38.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 7 | HomEq Servicing | 75,017.54 | 28,503.80 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORT**                                                    **PAGE 7**

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:  1/14/08                          /s/Deborah K. Ebner, Trustee
                                          DEBORAH K. EBNER, Trustee

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| DANIEL BENSON DUKE, | ) | CASE NO. 05-33353 BWB (Joliet) |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor | ) | |

### AMENDED DISTRIBUTION REPORT

I, DEBORAH K. EBNER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following amended[1] distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Secured Claims | $ | 0.00 |
| Chapter 7 Administrative Expenses: | $ | 27,770.25 |
| Chapter 11 Administrative Expenses: | $ | 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ | 0.00 |
| Secured Tax Liens: | $ | 0.00 |
| Priority Tax Claims: | $ | 0.00 |
| Other Priority Claims (507(a)(9)): | $ | 0.00 |
| General Unsecured Claims: | $ | 8,051.36 |
| Tardily-Filed Unsecured Claims: | $ | 28,676.80 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 64,498.41 |

---

[1] For reasons specifically described on Page 2 of this Amended Distribution Report, the Trustee submits this Amended Distribution Report, which reduces the Chapter 7 Administrative Expenses and increases the distribution to Tardily-Filed Unsecured Claims by $173.00.

**DISTRIBUTION REPORT**                                             **PAGE 2**

| 1.     TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2.     TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $46,191.75 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | All-Bright Carpet & Upholstery Cleaning, *Other Administrative Claims* | 200.00 | 0.00 |
| | Kevin George, *Other Administrative Claims* | 275.00 | 0.00 |
| | Sugar Friedberg & Felsenthal, *Trustee's Special Counsel Fees (Other Firm)* | 13,949.60 | 275.00 |
| | Sugar Friedberg & Felsenthal, *Trustee's Special Counsel Expenses (Other Firm)* | 1,344.63 | 0.00 |
| | Clerk of the US Bankruptcy Court | 126.00[2] | 0.00 |
| | Illinois Department of Revenue | 174.00 | 0.00 |
| WEST | Lois West, *Trustee's Accountant Fees (Other Firm)* | 2,429.00 | 2,429.00 |
| ADMIN | Honey Do's Home Repair, *Other Administrative Claims* | 2,385.00 | 0.00 |
| ADMIN2 | Patty Bigham, *Other Administrative Claims* | 69.27 | 0.00 |
| TRUSTEE | Deborah K. Ebner, *Trustee's Fees* | 8,156.04 | 8,156.04 |
| EBNEREXP | Deborah K. Ebner, *Trustee's Attorneys Expenses (Trustee Firm)* | 217.71 | 217.71 |
| EBNERLAW | Deborah K. Ebner, *Trustee's Attorneys Fees* | 16,692.50 | 16,692.50 |

[2] The Trustee believed that the the Clerk of U.S. Bankruptcy Court ("Court") had an allowed claim in the amount of $299.00, half of which was unpaid. Accordingly, the Distribution Report provided the Clerk with a distribution of $173.00 representing the unpaid balance of the claim. Upon the filing of the Distribution Report, the Trustee made a final distribution. The Clerk contacted the Trustee and indicated that there was no unpaid balance on its claim and returned the $173.00 distribution check to the Trustee. The Trustee has re-allocated this $173.00 to the unpaid balance of the Tardily-Filed Unsecured Claims thereby increasing the distribution to said class of creditors from 38% to 38.23%.

**DISTRIBUTION REPORT**                                                    **PAGE 3**

*(Trustee Firm)*

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORT**                                    **PAGE 4**

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(7) - Alimony | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

**DISTRIBUTION REPORT**                                                    **PAGE 5**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $8,051.36 | 100.00% |

| CLAIM NUMBER | CREDITORS | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Chevron Credit Bank NA | 458.41 | 458.41 |
| 2 | Citibank USA NA | 664.27 | 664.27 |
| 3 | Alabama Power Company | 112.10 | 112.10 |
| 4 | Franchise Tax Board | 536.85 | 536.85 |
| 5 | Citibank (South Dakota) NA | 3,267.87 | 3,267.87 |
| 6 | Citibank (South Dakota) NA | 3,011.86 | 3,011.86 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT | FINAL DIVIDEND% |
|---|---|---|---|

**DISTRIBUTION REPORT**                                                    **PAGE 6**

**OF CLAIMS**

| | | | |
|---|---|---|---|
| Subordinated unsecured claims | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **15.** | **TYPE OF CLAIMS** | | |
| §726(a)(3) - Late unsecured claims | | $75,017.54 | 38.23% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 7 | HomEq Servicing | 75,017.54 | 28,676.80[3] |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **16.** | **TYPE OF CLAIMS** | | |
| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| **17.** | **TYPE OF CLAIMS** | | |
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITORS** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

[3] Pursuant to the Trustee's Distribution Report, HomEq Servicing received a distribution of $28,503.80 by check dated January 18, 2008. The balance of the dividend amount ($173.00) will be issued upon the filing of this Amended Distribution Report.

**DISTRIBUTION REPORT**                                                    PAGE 7

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITORS | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|---|

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   5/29/08                                    /s/Deborah K. Ebner, Trustee
                                                    DEBORAH K. EBNER, Trustee

**Exhibit C**

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-33353 BB
**Case Name:** DUKE, DANIEL BENSON

**Taxpayer ID #:** 13-7514678
**Period Ending:** 08/21/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ****-****95-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To/ Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/11/06 | | William Latham, Attorney | Sale of 90 COunty Rd. 514 - Verbena, AL. | 1110-000 | 7,092.56 | | 7,092.56 |
| 04/11/06 | {1} | William Latham, Attorney | Sale of 90 County Rd. 514 - Verbana , AL | 1110-000 | 7,092.56 | | 14,185.12 |
| 04/11/06 | {1} | William Latham | Balance of sale proceeds 90 County Rd 514, Verbana, AL. | 1110-000 | 2,907.44 | | 17,092.56 |
| 04/11/06 | | William Latham, Attorney | Sale of 90 County Rd. 514 Verbana AL | 1110-000 | -7,092.56 | | 10,000.00 |
| 04/11/06 | | Alabama Power Company | Payoff 1st Mortgage | 4110-000 | | 1,250.00 | 8,750.00 |
| 04/11/06 | | County Recorder | County taxes | 2500-000 | | 88.44 | 8,661.56 |
| 04/11/06 | | Realty South | Realtor Commission | 3510-000 | | 1,000.00 | 7,661.56 |
| 04/11/06 | | William Latham | Special counsel attorneys fees | 3210-600 | | 250.00 | 7,411.56 |
| 04/11/06 | | Chilton Abstract and Title Services | Title Insurance | 2500-000 | | 194.00 | 7,217.56 |
| 04/11/06 | | Michael G. Mcates | Survey costs | 2500-000 | | 125.00 | 7,092.56 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 2.18 | | 7,094.74 |
| 05/14/06 | 1001 | Kevin George | | 2420-000 | | 275.00 | 6,819.74 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.77 | | 6,824.51 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.49 | | 6,829.00 |
| 06/30/06 | 1002 | Clerk of the US Bankruptcy Court - Fiscal Dept. | Voided on 07/19/06 | 2700-000 | | 299.00 | 6,530.00 |
| 07/19/06 | 1002 | Clerk of the US Bankruptcy Court - Fiscal Dept. | Voided: check issued on 06/30/06 | 2700-000 | | -299.00 | 6,829.00 |
| 07/19/06 | 1003 | Clerk of the US Bankruptcy Court | Clerk returned check #1002 to me. Balance is 126. vs. 299. I must reissue in correct amount | 2700-000 | | 126.00 | 6,703.00 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.62 | | 6,707.62 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.56 | | 6,712.18 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.26 | | 6,716.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 4.70 | | 6,721.14 |
| | | | Subtotals : | | $10,029.58 | $3,308.44 | |

{} Asset reference(s)

Printed: 08/21/2008 07:52 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-33353 BB |
| Case Name: | DUKE, DANIEL BENSON |
| Taxpayer ID #: | 13-7514678 |
| Period Ending: | 08/21/08 |

| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-****95-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To/ Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.41 | | 6,725.55 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.27 | | 6,729.82 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.48 | | 6,734.30 |
| 02/21/07 | 1004 | Honey Do's Home Repair | | 2420-000 | | 2,200.00 | 4,534.30 |
| 02/21/07 | 1005 | Patty Bigham | | 2420-000 | | 69.27 | 4,465.03 |
| 02/25/07 | 1006 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-33353 | 2300-000 | | 4.80 | 4,460.23 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.27 | | 4,463.50 |
| 03/05/07 | 1007 | All-Bright Carpet & Upholstery Cleaning | | 2420-000 | | 200.00 | 4,263.50 |
| 03/23/07 | | To Account #*******9566 | to pay operating expenses/ check writing has exceeded MM allowance | 9999-000 | | 500.00 | 3,763.50 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.28 | | 3,765.78 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.07 | | 3,767.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.07 | | 3,769.92 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.94 | | 3,771.86 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.14 | | 3,774.00 |
| 08/14/07 | {1} | William D. Latham | Net proceeds from sale of 26 County Road 514 - Verbena, AL. 36091 | 1110-000 | 75,425.06 | | 79,199.06 |
| 08/14/07 | {1} | William D. Latham | Balance of sale proceeds--26 County Rd 514, Verbena, AL | 1110-000 | 12,574.94 | | 91,774.00 |
| 08/14/07 | | County Recorder | County Taxes | 2500-000 | | 653.25 | 91,120.75 |
| 08/14/07 | | Ameridream | Downpayment program | 2500-000 | | 3,360.00 | 87,760.75 |
| 08/14/07 | | Realty South | Realtor Commission | 3510-000 | | 5,280.00 | 82,480.75 |
| | | | Subtotals : | | $88,026.93 | $12,267.32 | |

$12,267.32

{} Asset reference(s)

Printed: 08/21/2008 07:52 PM

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-33353 BB |
|---|---|
| Case Name: | DUKE, DANIEL BENSON |
| Taxpayer ID #: | 13-7514678 |
| Period Ending: | 08/21/08 |

| Trustee: | DEBORAH K. EBNER (330480) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****95-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/07 | | Realty South | ABC Fee | 2500-000 | | 149.00 | 82,331.75 |
| 08/14/07 | | Countrywide Home Loan | Loan Origination fee | 2500-000 | | 746.90 | 81,584.85 |
| 08/14/07 | | Landsafe Appraisal | Appraisal Fee | 2500-000 | | 420.00 | 81,164.85 |
| 08/14/07 | | Landsafe Credit | Credit Report | 2500-000 | | 35.00 | 81,129.85 |
| 08/14/07 | | Landsafe Flood | Flood Certificate Fee | 2500-000 | | 26.00 | 81,103.85 |
| 08/14/07 | | Countrywide Home Loan | Lender Fee | 2500-000 | | 495.00 | 80,608.85 |
| 08/14/07 | | Countrywide Tax | Tax Service Fee | 2500-000 | | 70.00 | 80,538.85 |
| 08/14/07 | | Countrywide Home Loan | Interest to closing | 2500-000 | | 480.60 | 80,058.25 |
| 08/14/07 | | William D. Latham | Special Counsel Fee | 3210-600 | | 350.00 | 79,708.25 |
| 08/14/07 | | Chilton Abstract & Title | Wire Fee | 2500-000 | | 16.50 | 79,691.75 |
| 08/14/07 | | Patty Bingham | Power Bills | 2500-000 | | 83.69 | 79,608.06 |
| 08/14/07 | | Home Sheild Corporation | Home Warranty | 2500-000 | | 409.00 | 79,199.06 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 24.90 | | 79,223.96 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 39.48 | | 79,263.44 |
| 10/05/07 | 1008 | Sugar Friedberg & Felsenthal | | 3210-000 | | 13,674.60 | 65,588.84 |
| 10/05/07 | 1009 | Sugar Friedberg & Felsenthal | (Expenses) | 3210-000 | | 1,344.63 | 64,244.21 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 40.67 | | 64,284.88 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 33.44 | | 64,318.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 32.75 | | 64,351.07 |
| 01/06/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 6.34 | | 64,357.41 |
| 01/06/08 | | To Account #*******9566 | | 9999-000 | | 64,357.41 | 0.00 |

| | | | | Subtotals : | $177.58 | $82,658.33 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-33353 BB |
| Case Name: | DUKE, DANIEL BENSON |
| Taxpayer ID #: | 13-7514678 |
| Period Ending: | 08/21/08 |

| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***_*****95-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | ACCOUNT TOTALS | | 98,234.09 | 98,234.09 | |
| | | | Less: Bank Transfers | | 0.00 | 64,857.41 | |
| | | | Subtotal | | 98,234.09 | 33,376.68 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $98,234.09 | $33,376.68 | |

{} Asset reference(s)

Printed: 08/21/2008 07:52 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-33353 BB
**Case Name:** DUKE, DANIEL BENSON

**Taxpayer ID #:** 13-7514678
**Period Ending:** 08/21/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-****95-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 (Ref #) / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/07 | | From Account #*******9565 | to pay operating expenses/ check writing has exceeded MM allowance | 9999-000 | 500.00 | | 500.00 |
| 03/23/07 | 101 | Honey Do's Home Repair | | 2420-000 | | 185.00 | 315.00 |
| 10/22/07 | 102 | Illinois Department of Revenue | labor and materials see invoice. | 2820-000 | | 174.00 | 141.00 |
| 01/06/08 | | From Account #*******9565 | | 9999-000 | 64,357.41 | | 64,498.41 |
| 01/18/08 | 103 | Chevron Credit Bank NA | Final Distribution - 100% | 7100-000 | | 458.41 | 64,040.00 |
| 01/18/08 | 104 | Citibank USA NA | Final distribution - 100% | 7100-000 | | 664.27 | 63,375.73 |
| 01/18/08 | 105 | Alabama Power Company | | 7100-000 | | 112.10 | 63,263.63 |
| 01/18/08 | 106 | Franchise Tax Board | Final Distribution - 100% | 7100-000 | | 536.85 | 62,726.78 |
| 01/18/08 | 107 | Citibank (South Dakota) NA | Final Distribution - 100% | 7100-000 | | 3,267.87 | 59,458.91 |
| 01/18/08 | 108 | Citibank (South Dakota) NA | Final Distribution - 100% | 7100-000 | | 3,011.86 | 56,447.05 |
| 01/18/08 | 109 | HomEq Servicing | Final Distribution - 38% | 7200-000 | | 28,503.80 | 27,943.25 |
| 01/18/08 | 110 | Lois West | Ref # WEST | 3410-000 | | 2,429.00 | 25,514.25 |
| 01/18/08 | 111 | Deborah K. Ebner | Ref # TRUSTEE | 2100-000 | | 8,156.04 | 17,358.21 |
| 01/18/08 | 112 | Clerk of the US Bankruptcy Court | Voided on 05/29/08 | 2700-000 | | 173.00 | 17,185.21 |
| 01/18/08 | 113 | Deborah K. Ebner | | 3120-000 | | 217.71 | 16,967.50 |
| 01/18/08 | 114 | Deborah K. Ebner | | 3110-000 | | 16,692.50 | 275.00 |
| 01/18/08 | 115 | Sugar Friedberg & Felsenthal | | 3210-000 | | 275.00 | 0.00 |
| 05/29/08 | 112 | Clerk of the US Bankruptcy Court | Voided: check issued on 01/18/08 | 2700-000 | | -173.00 | 173.00 |
| 06/04/08 | 116 | HomEq Servicing | | 7200-000 | | 173.00 | 0.00 |

| | | | | **Subtotals :** | **$64,857.41** | **$64,857.41** | |

{} Asset reference(s)                                                                                          Printed: 08/21/2008 07:52 PM      V.10.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-33353 BB
**Case Name:** DUKE, DANIEL BENSON

**Taxpayer ID #:** 13-7514678
**Period Ending:** 08/21/08

**Trustee:** DEBORAH K. EBNER (330480)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****95-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | | | **ACCOUNT TOTALS** | | 64,857.41 | 64,857.41 | |
| | | | Less: Bank Transfers | | 64,857.41 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 64,857.41 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $64,857.41 | |

| | Net Receipts $ | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****95-65 | 98,234.09 | 33,376.68 | $0.00 |
| Checking # ***-*****95-66 | 0.00 | 64,857.41 | $0.00 |
| | $98,234.09 | $98,234.09 | $0.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| DUKE, DANIEL BENSON | |
| | CASE NO. 05-33353 BB |
| | |
| | HONORABLE   BRUCE BLACK |
| Debtor(s) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his/her Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____

DATE                              UNITED STATES BANKRUPTCY JUDGE